UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> EXPRESS SCRIPTS, INC., et al., </br></br> Defendants. | Case No. 4:15-CV-664-JAR |

## MEMORANDUM AND ORDER

The Court is in receipt of attorney Brian J. Wanca's Verified Statement that he will seek admission to practice before this Court filed pursuant to this Court's Order of April 23, 2015. (Doc. No. 22) Mr. Wanca requests additional time, until June 1, 2015, to submit his application to allow for sufficient time to secure all required certificates of good standing. (Doc. No. 23) He also requests the Court grant his pending motion for admission *pro hac vice* (Doc. No. 13) to permit interim admission for purposes of this case. The Court will grant Mr. Wanca until June 1, 2015 to submit his application for admission to practice before this Court but deny his request for interim admission since there is other counsel already entered in this case on behalf of the plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Brian J. Wanca's Motion for Additional Time to Submit Application to Practice Before this Court [23] is **GRANTED** in part and **DENIED** in part.

Dated this 30th day of April, 2015.

                                                        _____
                                                        **JOHN A. ROSS**
                                                        **UNITED STATES DISTRICT JUDGE**