# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio limited liability company, individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS SERVICES COMPANY, EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS HOLDING COMPANY, EXPRESS SCRIPTS PHARMACEUTICAL PROCUREMENT, LLC and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.: 4:15-CV-664-JAR<br><br><br><br><br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Physicians Healthsource, Inc. and Defendants Express Scripts Services Company, Express Scripts Pharmacy, Inc., Express Scripts, Inc., and Express Scripts Pharmaceutical Procurement LLC hereby stipulate to the voluntary dismissal of this action with prejudice. Defendants paid no money in consideration for this dismissal. All parties to bear their own fees and costs.

Respectfully submitted,

/s/ Max G. Margulis
Max G. Margulis, #24325MO
MARGULIS LAW GROUP
28 Old Belle Monte Road
Chesterfield, MO 63017
Phone: (636) 536-7022 – Residential
Fax:  (636) 536-6652 – Residential
Email: MaxMargulis@MargulisLaw.com

/s/ Christopher A. Smith
Christopher A. Smith #53266MO
Matthew Knepper #61731MO
Jason Husgen #66761MO
HUSCH BLACKWELL LLP
190 Cardondelet Plaza, Ste 600
St. Louis MO 63105
P: 314-480-1500
Email: chris.smith@huschblackwell.com

*Counsel for Defendants*

SLC-7888034-1

So Ordered
John A. Ross
5/19/2016

Brian J. Wanca, *admitted Pro Hac Vice*
Ryan M. Kelly, *admitted Pro Hac Vice*
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501
Email: bwanca@andersonwanca.com
         rkelly@andersonwanca.com

Matthew E. Stubbs, *admitted Pro Hac Vice*
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street
Cincinnati, OH 45202
(513) 241-4722
(513) 241-8775 (fax)
Email: mstubbs@mrjlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                              /s/Max G. Margulis